
# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>            Plaintiff,<br><br>            v.<br><br><br><br>Nerys Alonso CHACON-Ferrufino,<br><br><br><br><br>            Defendant. | Magistrate Docket No. '21 MJ4102<br><br>COMPLAINT FOR VIOLATION OF:<br>Tittle 8, USC 1325(a)(1) Improper Entry by Alien (Misdemeanor)<br><br>Title 18 USC, Sec. 111(a)(1) – Assault on a Federal Officer (Felony) |

The undersigned complainant being, duly sworn, states:

## COUNT ONE

On or about October 13, 2021, within the Southern District of California, defendant, Nerys Alonso CHACON-Ferrufino, alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States at a time and place other than as designated by immigration officers, and committed an overt act, to wit, crossing the border from Mexico into the United States, that was a substantial step towards committing the offense, all in violation of Title 8, United States Code, Section 1325, a misdemeanor.

COUNT TWO

On or about October 13, 2021, within the Southern District of California, defendant Nerys Alonso CHACON-Ferrufino, did intentionally and forcibly assault a person designated in Title 18 United States Code, Section 1114, to wit a Department of Homeland Security, United States Customs and Border Protection, United States Border Patrol Agent, while the Officer was engaged in the performance of his official duties, such acts involving physical contact, to wit; striking the agent in the face and kicking the agent in the legs; in violation of Title 18, United States Code, Section 111(a)(1) a felony.

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Anthony Martinez
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON OCTOBER 14, 2021.

_____
William V. Gallo
HON. WILLIAM V. GALLO
United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**
Nerys Alonso CHACON-Ferrufino

## PROBABLE CAUSE STATEMENT

On October 13, 2021, Border Patrol Agent B. Camarena was conducting his assigned duties in the Brown Field Border Patrol Station's area of responsibility. At approximately 11:15 PM, Mobile Surveillance Scope Operator, C. Luongo advised agents of two individuals walking through the brush in an area known to Border Patrol agents as "Little Otay Truck Trail." Agent Camarena responded to the area and was directed by Agent Luongo, until encountering the two individuals. Agent Camarena identified himself as a Border Patrol Agent and both individuals got up and began to run down a steep hill. Agent Camarena began to chase the two individuals and noticed they both split up and ran in opposite directions. Agent Camarena followed the individual that was closer to him, later identified as the defendant, Nerys Alonso CHACON-Ferrufino. While chasing him, Agent Camarena observed CHACON grab a large stick and swing the stick towards his direction.

Agent Camarena caught up to CHACON and as he placed his hand on him, CHACON threw an elbow, striking Agent Camarena on his right eye. Agent Camarena felt his eye begin to tear up and compromised his vision. Agent Camarena then pulled CHACON down by his shoulders and he began to kick Agent Camarena, striking his legs. Agent Camarena got on top of CHACON and ordered for CHACON to give him his hands. CHACON attempted to get Agent Camarena off his back. At this time, Agent Camarena gave three closed hand strikes to CHACON's arms, but from the movement, he struck CHACON on his torso. Agent Camarena again asked for CHACON's hands, and he again attempted to get Agent Camarena of his back. Agent Camarena again began to strike CHACON in an attempt to get his hands to his back, at which point CHACON began to move and was struck in the head. After a short struggle, Agent Camarena was able to get CHACON's hands and secure them with handcuffs. This location is approximately 9.6 miles west of the Tecate, California Port of Entry and approximately 4.75 miles north of the United States/Mexico International Boundary. Agent Camarena conducted an immigration inspection, which CHACON, stated that he was a citizen and national of Honduras without any immigration documents allowing them to enter or remain in the United States legally. At approximately 11:50 PM, Agent Camarena placed CHACON under arrest.